# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Two (2) Cellular Telephones described as Motorola Model #i230 and Nextel Phone, Motorola Model #i730

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I __Lavinia A. Quigley__ being duly sworn depose and say:

I am a(n) __Detective with the Metropolitan Police Department__ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location)

Two (2) Cellular Telephones described as Motorola Model, #i230 and Nextel phone, Motorola Model #i730.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

See attached affidavit

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

See attached affidavit

concerning a violation of Title __21__ United States Code, Section(s) __841(a)(1), 843 & 846__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES   ☐ NO

Martin Dee Carpenter
Organized Crimes and Narcotics Trafficking
(202) 514-7063

Signature of Affiant
Lavinia A. Quigley, Detective
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer