# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Two (2) Cellular Telephones described as Motorola
Model #i230 and Nextel Phone, Motorola Model #i730

**SEARCH WARRANT**

CASE NUMBER:

**05 - 6 5 3 M - 0 1**

TO: ~~Martin Dee Carpenter~~ LAVINIA A. Quigley and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Detective Lavinia A. Quigley_ who has reason to believe that □ on the person or ☒ on the premises known as (name, description and or location)

Two (2) Cellular Telephones described as Motorola Model, #i230 and Nextel phone, Motorola Model #i730.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See attached affidavit

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _December 19, 2005_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) □ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

**DEC 0 9 2005**

Date and Time Issued

**JOHN M. FACCIOLA**
Name and Title of Judicial Officer **U.S. MAGISTRATE JUDGE**

at Washington, D.C.

Joh M F acala
Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12/9/05 | 12/13/05 - 12/19/05 | |

INVENTORY MADE IN THE PRESENCE OF  Det. Wheeler, Det. Quigley

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

address Book with phone number
numbers Recieved a Called/dialed
text messages
IMSI numbers
Phone number. 240-396 3322 of phone (black)
        240-694 9648 of phone (gray)

**FILED**

JAN 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

1/08/06
Date